**Order filed December 4, 2015**



In The

# Fourteenth Court of Appeals
_____

NO. 14-15-00926-CV
NO. 14-15-00927-CV
_____

**In the Matter of T.H.**

_____

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2015-02522J & 2015-02523J**

_____

## ORDER

This is an accelerated appeal from an order waiving jurisdiction over a juvenile defendant. Appellant's brief was due **December 3, 2015.** No brief has been filed.

Appeals in juvenile certification cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel William M. Thursland, to file appellant's brief no later than **December 15, 2015.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in

contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM